# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV10-01840 JAK (SSx) | Date | December 6, 2011 |
| Title | Charlie Lincoln, et al. v. Lowe's Companies, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On December 5, 2011, plaintiff and defendant each filed a Status Report (Dkt. 37, 38) indicating that a settlement has been reached. The Court sets an Order to Show Cause re Dismissal for January 23, 2012 at 1:30 p.m. If the parties file a dismissal by January 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference and Motion (Dkt. 26) set for December 12, 2011, January 30, 2012 Final Pretrial Conference, February 10, 2012 Exhibit Conference, and February 14, 2012 Trial are vacated.

**IT IS SO ORDERED.**

                                                                                 :

Initials of Preparer    ak