1

2

3

4

5                                                                 JS - 6

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8   CHARLIE   LINCOLN;   MARK        ) CASE NO. EDCV10-01840 JAK (SSx)
    LINCOLN and CHARLIE LINCOLN      )
9   AS EXECUTOR OF THE ESTATE        ) (San Bernardino County Superior Court
    OF BRIAN LINCOLN,                ) Case No. CIVRS1011046)
10                                   )
                    Plaintiffs,      )
11                                   ) **Hon. John A. Kronstadt**
    v.                               ) **U.S. District Court Judge**
12                                   )
                                     ) **ORDER   ON   VOLUNTARY**
13  LOWE'S   COMPANIES,   INC.;      ) **DISMISSAL  PURSUANT  TO FED.**
    LOWE'S   HIW,   INC.;   LOWE'S   ) **R. CIV. P. 41(a)(1)**
14  MANAGEMENT SERVICES, INC.;       )
    and DOES 1 through 150, inclusive, )
15                                   )
                    Defendants.      )
16                                   )
                                     )
17  _____ )

18          **IT IS HEREBY ORDERED** that the Complaint of Plaintiffs CHARLIE

19  LINCOLN, MARK LINCOLN, and CHARLIE LINCOLN AS EXECUTOR OF

20  THE ESTATE OF BRIAN LINCOLN, is hereby dismissed in its entirety, with

21  prejudice.

22          The Order to Show Cause Hearing, previously set for January 23, 2012, is

23  hereby vacated.

24

25  Dated: January 20, 2012        By:  _____
                                        U.S. DISTRICT JUDGE
26

27

28

                                    - 1 -