JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LINCOLN; MARK LINCOLN and CHARLIE LINCOLN AS EXECUTOR OF THE ESTATE OF BRIAN LINCOLN,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; LOWE'S HIW, INC.; LOWE'S MANAGEMENT SERVICES, INC.; and DOES 1 through 150, inclusive,<br><br>Defendants. | CASE NO. EDCV10-01840 JAK (SSx)<br><br>(San Bernardino County Superior Court Case No. CIVRS1011046)<br><br>**Hon. John A. Kronstadt**<br>**U.S. District Court Judge**<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiffs CHARLIE LINCOLN, MARK LINCOLN, and CHARLIE LINCOLN AS EXECUTOR OF THE ESTATE OF BRIAN LINCOLN, is hereby dismissed in its entirety, with prejudice.

The Order to Show Cause Hearing, previously set for January 23, 2012, is hereby vacated.

Dated: January 20, 2012    By: _____
U.S. DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**
**Lincoln v. Lowe's HIW, Inc.**
**Case No.** EDCV10-1840 JAK (SSx)